**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **AUNDREY BERNARD MOORE** | ) | |
| | ) | |
| **V.** | ) | **3-06-CV-140-D** |
| | ) | |
| **DOUGLAS DRETKE, Director,** | ) | |
| **Texas Department of Criminal Justice** | ) | |
| **Correctional Institutions Division** | ) | |

## ORDER

Following *de novo* review of the findings, conclusions, and recommendation of the magistrate judge, the court adopts the recommendation.

**SO ORDERED**.

May 8, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE